FILED

04/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0139

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. OP 22-0139

_____

RHONDA LINDQUIST and
OFFICE OF STATE PUBLIC DEFENDER,

    Petitioner,

      -vs-                            **ORDER**

MONTANA THIRTEENTH JUDICIAL
DISTRICT COURT,

Respondent.

_____

    A motion was filed seeking leave for the Montana County Attorney's Association to file an *Amicus Curiae* brief in this proceeding. Counsel for the parties having no objection, and good cause appearing therefrom,

    IT IS HEREBY ORDERED:

1.  The Montana County Attorney's Association may file an *Amicus Curiae* brief.

2.  The *Amicus Curiae* brief is due on May 25, 2022.

        DATED this _____ day of _____, 2022.

                           _____
                           CHIEF JUSTICE

cc:    Peter Habein
        Timothy Strauch
        Emily Jones
        L. Randall Bishop

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2022